the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Mark Eisner* and *Ferdinand Tannenbaum* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 68. ASSOCIATED INDEMNITY CORP. *v.* WILSON. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. R. Boone* for petitioner. No appearance for respondent.

No. 71. LIGGETT & MYERS TOBACCO CO., INC. *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Richard S. Holmes* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *J. P. Jackson* for the United States.

No. 72. MICCA *v.* WISCONSIN NATIONAL LIFE INSURANCE CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John E. Cassidy* for petitioner. *Mr. R. A. Hollister* for respondent.

No. 73. JOHN T. RIDDELL, INC. *v.* ATHLETIC SHOE CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Wm. R. Rummler* for petitioner. *Messrs. Cyril A. Soans* and *Frank H. Marks* for respondent.